IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROBIE ALAN BOWMAN, # 214230,   )
                                                            )
    Petitioner,                                      )
                                                            )
v.                                                         )   CIVIL ACTION NO.  3:08cv765-TMH
                                                            )                (WO)
LOUIS BOYD, *et al.*,                            )
                                                            )
    Respondents.                                 )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that judgment be and is hereby entered in favor of the respondents and against the petitioner and that this case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 6th day of November 2008.

                                          /s/ Truman M. Hobbs

                                          _____
                                          TRUMAN M. HOBBS
                                          SENIOR UNITED STATES DISTRICT JUDGE